SA13CA0034 **OG**

EXHIBIT D

EXHIBIT D
SAN ANTONIO PREDICATE DOCUMENTS

| # | Location | YEAR OF DOC | 2005 | 2012 | |
|---|---|---|---|---|---|
| 1 | Jackson, MS | | √ | | |
| 2 | Erie, PA | | √ | | |
| 3 | Phoenix, AZ | 1979 | √ | √ | 1 |
| 4 | Tucson, AZ | 1990 | √ | | |
| 5 | Garden Grove CA | 1991 | √ | √ | 2 |
| 6 | Los Angeles CA | 1977 | √ | √ | 3 |
| 7 | Whittier, CA | 1978 | √ | √ | 4 |
| 8 | Adams County, CO | 1987-88 | √ | | |
| 9 | Manatee County, FL | 1987 | √ | | |
| 10 | Indianapolis, IN | 1984 | √ | √ | 5 |
| 11 | Minneapolis, MN | 1980 | √ | √ | 6 |
| 12 | St. Paul, MN | 1978 | √ | √ | 7 |
| 13 | Las Vegas, NV | 1978 | √ | | |
| 14 | Ellicottville, NY | 1998 | √ | | |
| 15 | Islip, NY | 1980 | √ | | |
| 16 | New York, NY | 1994 | √ | √ | 8 |
| 17 | New Hanover County, NC | 1989 | √ | | |
| 18 | Cleveland, OH | 1977 | √ | √ | 9 |
| 19 | Oklahoma City, OK | 1986 | √ | √ | 10 |
| 20 | Hamilton County, TN | 2003 | √ | | |
| 21 | Amarillo, TX | 1977 | √ | √ | 11 |
| 22 | Austin, TX | 1986 | √ | √ | 12 |
| 23 | Beaumont, TX | 1982 | √ | √ | 13 |
| 24 | Cleburne, TX | 1997 | √ | | |
| 25 | Dallas, TX | 1994 | √ | √ | 14 |
| 26 | El Paso, TX | 1986 | √ | √ | 15 |
| 27 | Houston, TX | 1983 | √ | √ | 16 |
| 28 | Newport News, VA | 1996 | √ | √ | 17 |
| 29 | Bellevue, WA | 1987 | √ | √ | 18 |
| 30 | Des Moines, WA | 1984 | √ | | |
| 31 | Seattle, WA | 1989 | √ | √ | 19 |
| 32 | St. Croix County, WI | 1993 | √ | √ | 20 |
| 33 | Arlington, TX | 1985 | | √ | 1 |
| 34 | Detroit, MI | | | √ | 2 |
| 35 | Rochester, NY | 2000 | | √ | 3 |
| 36 | Denver, CO | 1998 | | √ | 4 |
| 37 | Texas City Atty's | 2008 | | √ | 5 |
| 38 | Florida Survey | 2008 | | √ | 6 |
| 39 | American Center | 1996 | | √ | 7 |
| 40 | Nat'l Law Center | 1996 | | √ | 8 |

Exhibit D
Page 1 of 1 pages