### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 35 BAR AND GRILLE, LLC, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-13-CA-34-FB |
| | ) | |
| THE CITY OF SAN ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER MAINTAINING STATUS QUO

Because this case has recently been transferred to the docket of the undersigned and because this Court has been in a two-week criminal trial and will begin another criminal trial on Monday, February 4, 2013,

IT IS ORDERED that the status quo is maintained until such time as defendant files its response to the pending request for a temporary restraining order and preliminary injunction and plaintiff has been given the opportunity to file a discretionary reply and the Court is able to set this matter for a hearing on the requested injunctive relief.

It is so ORDERED.

SIGNED this 30th day of January, 2013.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE