CIVIL ACTION NO. SA-13-CA-34-FB

| | |
|---|---|
| 35 BAR AND GRILLE, ET AL | IN THE UNITED STATES DISTRICT COURT |
| vs. | FOR THE WESTERN DISTRICT OF TEXAS |
| THE CITY OF SAN ANTONIO | SAN ANTONIO DIVISION |

## REPORT OF MEDIATOR

Steve J. Vacek, Jr., Texas Bar Card Number 20420350, at the request of the parties, appeared as Mediator.

Results of mediation conference:

    Recessed; To Be Reconvened  
    Settled     _____  
    Not Settled     _____  
    Date of Mediation     09/30/13

FEE CHARGED BY MEDIATOR: $750.00      TO BE PAID BY PLAINTIFF  
    $750.00      TO BE PAID BY DEFENDANT

SIGNED AND SUBMITTED this 30th day of September, 2013.

_____  
Steve J. Vacek, Jr.  
Attorney at Law  
Texas Bar Card No. 20420350

APPROVED AND ORDERED this _____ day of _____, 2013.

_____  
JUDGE PRESIDING