IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 35 Bar and Grille, LLC: C.B. Restaurants, Inc.; E&I Enterprises, Inc.; Endless Music, LLC; FLWW, Inc.; Hacienda Club, LLC; KHG of San Antonio; Michael D's Restaurant San Antonio, Inc.;  the Players Club, LLC; RCI Entertainment, (San Antonio), Inc.; Sacolo, Ltd.; and Tripolis Enterprises, Inc., | § § § § § § § § | |
| Plaintiffs, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| CITY OF SAN ANTONIO, TEXAS, | § § | |
| Plaintiffs. | § | |

CIVIL ACTION NO.: 5:13-CV-34-FB

## STIPULATED MOTION TO ADMINISTRATIVELY CLOSE CASE AND EXTEND ALL SCHEDULING DEADLINES BY 90 DAYS

The parties respectfully move this Court to administratively close the above styled case and extend all scheduling deadlines by 90 days, and would state as follows:

1.  Mediation was held in the above styled matter on September 30, 2013.

2.  Settlement was seriously discussed, with several technical aspects demanding greater detail, the refinement of which is currently ongoing.

3.  The parties respectfully request to administratively close the case and extend all scheduling deadlines by 90 days in order to facilitate and finalize the settlement negotiations in this case.

Respectfully submitted,

/s/ Luke Lirot
Luke Lirot, Esq., Admitted *pro hac vice*

/s/William M. McKamie
William M. McKamie

1

Florida Bar Number 714836
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone:    (727) 536-2100
Facsimile:    (727) 536-2110
Email:    luke2@lirotlaw.com

and for

/s/ Stewart Alexander
Stewart J. Alexander
Attorney at Law
8018 Broadway, Suite 101
San Antonio, TX 78209
(210) 828-6777
Fax (210) 822-8009
State Bar No. 00999000
Email: joann@7718law.com

State Bar No. 13686800
Bradford E. Bullock
State Bar No. 00793423
McKamie, Krueger & Knight, LLP
941 Proton Road
San Antonio, Texas 78258
Telephone:    (210) 546-2122
Facsimile:    (210) 546-2130
*Attorneys for Defendant*
*City of San Antonio, Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a copy of the forgoing via electronic e-mail transmission to: William McKamie, Esq, McKamie- Krueger, LLP, 941 Proton Rd, San Antonio TX, 78258, at mick@mckamiekrueger.com, bradford@mckamiekrueger.com, karen@mckamiekrueger.com, and misty@mckamiekrueger.com.

/s/Luke Lirot
Luke Lirot, Esq.
Florida Bar Number 714836