IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 35 Bar and Grille, LLC; C.B. Restaurants, Inc.; E & I Enterprises, Inc.; Endless Music, LLC; FLWW, Inc.; Hacienda Club, LLC; KHG of San Antonio; Michael D's Restaurant San Antonio, Inc.; the Players Club, LLC; RCI Entertainment,(San Antonio), Inc.; Sacolo, Ltd.; Spiros Partnership, Ltd., and Tripolis Enterprises, Inc. <br>       Plaintiffs, <br><br> v. <br><br> CITY OF SAN ANTONIO, TEXAS <br>       Defendant | § § § § § § § § § § § § § § § § | Civil Action No. SA-13-CV0034-FB |

**SECOND SUPPLEMENTAL JOINT ADR REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendant, City of San Antonio, Texas, files this Second Supplemental Joint ADR Report in compliance with the Scheduling Order in this case and Local Rule CV-88 as follows:

1.    Settlement negotiations are in the initial phases between the Defendant and Plaintiffs.

2.    The persons responsible for settlement negotiations for the Defendant is their counsel of record, William M. McKamie and Barbara L. Quirk, and Martha Sepeda, First Assistant City Attorney, Jose Nino, Deputy City Attorney, Savita Rai, Assistant City Attorney and Officer Janae Florence, Deputy Chief - San Antonio Police Department.

3.    The persons responsible for settlement negotiations for these Plaintiffs are their counsel of record, Luke Lirot, Michael Boutis of FLWW, Inc., d/b/a Babe's Mens Club, Timothy Eidson of E&I Enterprises, Inc., d/b/a Allstars and KHG of San Antonio d/b/a Tiffany's Cabaret, Iraklis

Kouroumousis of Tripolis Enterprises, Inc., d/b/a Palace Men's Club; and 35 bar & Grille, LLC, d/b/a San Antonio Mens Club, Eric Langan of RCI Entertainment (San Antonio), Inc., d/b/a XTC Cabaret; and Spiros Partnership, Ltd., d/b/a Rick's Cabaret, Sotirious Poulakis of Tripolis Enterprises, Inc., d/b/a Palace Men's Club; and 35 bar & Grille, LLC, d/b/a San Antonio Mens Club, His Majesty U. Saint Adams of The Players Club, LLC d/b/a Players Club Paradise and d/b/a Players Club West; and Hacienda Club, LLC, d/b/a Hacienda Club, Michael Wilcoxson of Michael D's restaurant of San Antonio, Inc., d/b/a Wild Zebra the Gentlemen's Paradise, Glenn Williams of C.B. Restaurants, Inc. d/b/a Sugars; Endless Music, LLC, d/b/a Endless Music; and Sacolo, Ltd. d/b/a Perfect 10.

4. The Parties agree that Alternative Dispute Resolution is appropriate in this case.

5. Counsel for parties have agreed to continue mediation with Mediator Steve Vacek, 326 Linda Drive, San Antonio, Texas 78216, 210-824-3434 (telephone), 210-824-3450 (facsimile). Each party will be responsible for their proportionate share of the mediation fees as set forth by the mediator. Parties are currently scheduled for a second full day mediation February 28, 2014.

    Respectfully submitted,

    **MCKAMIE KRUEGER, LLP**
    941 Proton Road
    San Antonio, Texas 78258
    210.546.2122
    210.546.2130 (Fax)

By: /s/William M. McKamie
    WILLIAM M. MCKAMIE
    STATE BAR NO. 13686800
    BARBARA L. QUIRK
    STATE BAR NO. 16436750

    **ATTORNEYS FOR DEFENDANT,**
    **CITY OF SAN ANTONIO, TEXAS**

**AGREED AS TO FORM:**

/s/: Luke Lirot_____
Luke Lirot, Esq. Admited *pro hac vice*
Florida Bar Number 714836
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone:  (727) 536-2100
Facsimile: (727) 536-2110
Email: luke2@lirotlaw.com

And for

/s/: Stewart Alexander_____
STEWART J. ALEXANDER
ATTORNEY AT LAW
8018 BROADWAY, SUITE 101
SAN ANTONIO, TX 78209
(210) 828-6777
FAX (210) 822-8009
STATE BAR NO. 00999000
Email: joann@7718law.com

## CERTIFICATE OF SERVICE

I certify that on February 10, 2014, a complete and correct copy of the foregoing Second Supplemental Joint ADR Report, was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent to the following counsel of record:

Stewart J. Alexander
8018 Broadway, Ste. 101
San Antonio, TX 78209
joann@7718law.com

Luke Lirot, Esq. 2240
Belleair Road, Suite 190
Clearwater, Florida 33764
luke2@lirotlaw.com

/s/ William M. McKamie_____

H:\Docs\35 Bar & Grille\ADR\2nd Supplemental ADR Report.doc

                                    WILLIAM M. MCKAMIE