IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| 35 Bar and Grille, LLC; C.B. Restaurants, Inc.; E&I Enterprises, Inc.; Endless Music, LLC; FLWW, Inc.; Hacienda Club, LLC; KHG of San Antonio; Michael D's Restaurant San Antonio, Inc.; the Players Club, LLC; RCI Entertainment, (San Antonio), Inc.; Sacolo, Ltd.; Spiros Partnership, Ltd.; and Tripolis Enterprises, Inc., <br><br>      Plaintiffs, <br><br>v. <br><br>CITY OF SAN ANTONIO, TEXAS, <br><br>      Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO.: 5:13-CV-34-FB <br> § <br> § <br> § <br> § <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § <br> § <br> § <br> § |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties do hereby stipulate to dismiss the claims of the Plaintiffs, 35 BAR AND GRILLE, LLC; C.B. RESTAURANTS, INC.; E&I ENTERPRISES, INC.; ENDLESS MUSIC, LLC; FLWW, INC.; HACIENDA CLUB, LLC; KHG OF SAN ANTONIO; MICHAEL D'S RESTAURANT SAN ANTONIO, INC.; THE PLAYERS CLUB, LLC; RCI ENTERTAINMENT (SAN ANTONIO), INC.; SACOLO, LTD.; SPIROS PARTNERSHIP, LTD.; and TRIPOLIS ENTERPRISES, INC., against the Defendants, THE CITY OF SAN ANTONIO, TEXAS, with prejudice; with each party to bear their own costs and attorney's fees. This notice has been approved by all parties to this action, by and through their respective counsel.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully move this Court to dismiss the Plaintiff's claims and causes of action against the Defendant.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Luke Lirot | /s/William M. McKamie |
| Luke Lirot, Esq., Admitted *pro hac vice* | William M. McKamie |
| Florida Bar Number 714836 | State Bar No. 13686800 |
| 2240 Belleair Road, Suite 190 | McKamie Krueger, .LLP |
| Clearwater, Florida 33764 | 941 Proton Road |
| Telephone: (727) 536-2100 | San Antonio, Texas 78258 |
| Facsimile: (727) 536-2110 | Telephone: (210) 546-2122 |
| Email: luke2@lirotlaw.com | Facsimile: (210) 546-2130 |
| | *Attorneys for Defendant* |
| | *City of San Antonio, Texas* |

and for

/s/ Stewart Alexander
Stewart J. Alexander
Attorney at Law
8018 Broadway, Suite 101
San Antonio, TX 78209
(210) 828-6777
Fax (210) 822-8009
State Bar No. 00999000
Email: joann@7718law.com
*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and sent a copy of the forgoing via electronic e-mail transmission to: William McKamie, Esq., McKamie Krueger, LLP, 941 Proton Rd, San Antonio TX, 78258, at mick@mckamiekrueger.com, and misty@mckamiekrueger.com.

/s/Luke Lirot
Luke Lirot, Esq.
Florida Bar Number 714836